# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **TASHA BILLINGSLEA,** | ) <br> ) <br> ) Case No.: <br> ) <br> ) 1:17-cv-10583-MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff. | |
| v. | |
| **SOUTHWEST CREDIT SYSTEMS, L.P.** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: April 19, 2019     By: */s/ Craig Thor Kimmel*
                          Craig Thor Kimmel, Esquire
                          Kimmel & Silverman, P.C.
                          30 E. Butler Pike
                          Ambler, PA 19002
                          Phone: (215) 540-8888
                          Fax: (877) 788-2864
                          Email: kimmel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

> John J. O'Connor, Esquire
> Peabody & Arnold
> 600 Atlantic Avenue
> Boston, MA 02210-2261
> joconnor@peabodyarnold.com
> Attorney for Defendant

Dated: April 19, 2019                         By: */s/ Craig Thor Kimmel*
                                              Craig Thor Kimmel, Esquire
                                              Kimmel & Silverman, P.C.
                                              30 E. Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Fax: (877) 788-2864
                                              Email: kimmel@creditlaw.com