# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TASHA BILLINGSLEA, | § |
| Plaintiff, | § Civil Action No. 1:17-cv-10583-MLW |
| v. | § |
| SOUTHWEST CREDIT SYSTEMS, L.P., | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/* John J. O'Connor
John J. O'Connor, Esq.
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA 02210-2261
Phone: 617-951-2100
Email:  joconnor@peabodyarnold.com
Attorney for the Defendant

Date: May 21, 2019

*/s/* Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: May 21, 2019

BY THE COURT:

_____
J.

## **CERTIFICATE OF SERVICE**

I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

John J. O'Connor, Esq.
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA 02210-2261
Phone: 617-951-2100
Email:  joconnor@peabodyarnold.com
Attorney for the Defendant


Dated: May 21, 2019					By: /s/ Craig Thor Kimmel
							Craig Thor Kimmel, Esq.
							Kimmel & Silverman, P.C.
							30 East Butler Pike
							Ambler, PA 19002
							Phone: 215-540-8888
							Fax: 877-788-2864
							Email: teamkimmel@creditlaw.com
							Attorney for Plaintiff