## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

TASHA BILLINGSLEA
        Plaintiff

    V.

SOUTHWEST CREDIT SYSTEMS
        Defendant

CIVIL ACTION

NO. 1:17-cv-10583-MLW

## ORDER OF DISMISSAL

WOLF, D. J.

In accordance with the Stipulation of Dismissal (CM/ECF No. 27) filed by the parties on May 21, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

                                          By the Court,

   May 27, 2019                            /s/ Mariliz Montes
       Date                                  Deputy Clerk